# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kayatta, William J. | First Circuit | 06/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
156 Federal Street
Portland, ME 04101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2012 | Withdrawal Agreement with Pierce Atwood LLP |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Pierce Atwood LLP buyout payments under Withdrawal Agreement | $87,633.00 |
| 2. 11/25/19 | Duke University; payment for Law School Appellate Advocacy Teaching | $4,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University Law School | 11/25/2019 | Durham, NC | Appellate Advocacy Instruction | Transportation meal and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 06/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 06/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. -iShares Russell 1000 Gr. Index (IWF) | A | Dividend | K | T | | | | | |
| 3. -iShares Russell 1000 Value Index (IWD) | B | Dividend | | | Donated | | | | |
| 4. -iShares Russell 2000 Gr. Index (IWO) | A | Dividend | J | T | | | | | |
| 5. -iShares Russell 2000 Index (IWM) | A | Dividend | K | T | | | | | |
| 6. -Vanguard Energy ETF (VDE) | A | Dividend | | | Sold | 10/01/19 | K | A | |
| 7. -Vanguard Inform. Tech. ETF (VGT) | A | Dividend | L | T | Sold<br>(part) | 10/02/19 | K | D | |
| 8. -iShares NASDAQ Biotech. Index (IBB) | A | Dividend | K | T | | | | | |
| 9. -Consumer Discretionary SPDR (XLY) | A | Dividend | K | T | | | | | |
| 10. -Fidelity Advisors New Insights Fund (FNICX) | E | Dividend | M | T | | | | | |
| 11. -Health Care Select SPDR (XLV) | A | Dividend | L | T | | | | | |
| 12. -Oppenheimer Intern. Bond Fund (OIBCX) | B | Dividend | | | Sold | 09/30/19 | L | B | |
| 13. -Ivy Asset Strategy Fund (WASCX) | A | Dividend | K | T | | | | | |
| 14. -iShares Barclays MBS Bon Fund (MBB) | A | Dividend | K | T | | | | | |
| 15. -iShares IBOXX $ Invt Gr. Corp. Bd. Fund (LQD) | A | Dividend | J | T | | | | | |
| 16. -iShares MSCI EAFE Index Fund (EFA) | A | Dividend | K | T | | | | | |
| 17. -Materials Select Sector SPDR Fund (XLB) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 06/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -Sector SPDR Consumers STPL (XLP) | A | Dividend | K | T | | | | | |
| 19. -Sector SPDR Energy (XLE) | A | Dividend | J | T | | | | | |
| 20. -Sector SPDR Industrial (XLI) | A | Dividend | K | T | | | | | |
| 21. -Sector SPDR Utilities ((XLU) | A | Dividend | J | T | | | | | |
| 22. -SPDR Barclays High Yield Bond ETF (JNK) | C | Dividend | J | T | | | | | |
| 23. -Vanguard Financial ETF (VFH) | A | Dividend | K | T | | | | | |
| 24. -Vanguard Intermediate Term Bond ETF (BIV) | A | Dividend | J | T | | | | | |
| 25. -Vanguard Short Term Bond (BSV) | A | Dividend | J | T | | | | | |
| 26. -Vanguard Telecommunications SRVCS ETF (VOX) | A | Dividend | J | T | | | | | |
| 27. -Merrill Lynch Bank Deposit Program | A | Interest | N | T | | | | | |
| 28. -Eaton Vance Tax Managed ETF | A | Dividend | K | T | | | | | |
| 29. -Blackstone GSO Strategic (BGB) | C | Dividend | | | Sold | 10/01/19 | K | A | |
| 30. 401(k) Account #1(H) | | | | | | | | | |
| 31. -Blackrock Ener.& Res Tr (BGR) | B | Dividend | | | Sold | 12/19/19 | K | A | |
| 32. -Vanguard Bond Index Fund (BND) | C | Dividend | M | T | | | | | |
| 33. -SPDR BarCap Short-term Corp. Bond (SPSB) | B | Dividend | K | T | Sold (part) | 12/20/19 | L | A | |
| 34. -iShares Barclays 7-10 Treasury Bond Fund (IEF) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 06/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Powershares QQQ Trust, Series 1 (QQQ) | B | Dividend | | | Sold | 10/21/19 | M | G | |
| 36. -EGA: Emerging Markets Consumer ETF (ECON) | A | Dividend | K | T | | | | | |
| 37. -Powershares DB Commodity Index Tracking Fund (DBC) | | None | K | T | | | | | |
| 38. -IShares Gold Trust ETF (IAU) | A | Dividend | L | T | | | | | |
| 39. -Vanguard MSCI EAFE ETF (VEA) | B | Dividend | L | T | | | | | |
| 40. -iShares Barclays Tips Bond Fund ((TIP) | A | Dividend | M | T | | | | | |
| 41. -Wisdon Tree Asia Local Debt (ALD) | B | Dividend | | | Sold | 03/25/19 | K | A | |
| 42. -Schwab Sweep Account | A | Interest | N | T | | | | | |
| 43. -SPDR S&P 500 (SPY) | A | Dividend | | | Sold | 02/01/19 | N | F | |
| 44. -Vanguard Int. Equity ETF (VNQI) | C | Dividend | | | Sold | 10/21/19 | K | C | |
| 45. -BlackstoneGSO Strategic Credit (BGB) | E | Dividend | N | T | Sold (part) | 12/05/19 | K | A | |
| 46. | | | | | Sold (part) | 12/09/19 | K | A | |
| 47. | | | | | Sold (part) | 12/10/19 | K | A | |
| 48. | | | | | Sold (part) | 12/26/19 | J | A | |
| 49. -Schwabb Value Advantage (SNAXX) | A | Interest | P1 | | Buy | 10/28/19 | P1 | | |
| 50. | | | | | Buy (add'l) | 12/26/19 | M | | |
| 51. -Apollo Senior Floating Rate (AFT) | E | Dividend | M | T | Sold (part) | 02/01/19 | M | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 06/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 11/05/19 | K | A | |
| 53. | | | | | Sold (part) | 12/10/19 | K | A | |
| 54. | | | | | Sold (part) | 12/17/19 | K | A | |
| 55.   -Blackstone GSO (BGX) | A | Dividend | L | T | Sold (part) | 12/27/19 | K | A | |
| 56.   Brokerage Account #2 (H) | | | | | | | | | |
| 57.   -Morgan Stanley Bank N.A. | B | Interest | O | T | | | | | |
| 58.   -iShares N. America Tech ETF (IGM) | A | Dividend | M | T | | | | | |
| 59.   -iShares NASDAQ Biotech ETF (IBB) | A | Dividend | M | T | | | | | |
| 60.   -iShares S&P US PFD (PFF) | A | Dividend | | | Sold | 01/02/19 | K | B | |
| 61.   -iShares US Aerospace (ITA) | A | Dividend | M | T | | | | | |
| 62.   -iShares US Med Devices (IHI) | A | Dividend | M | T | | | | | |
| 63.   -iShares US Pharma ETF (IHE) | B | Dividend | M | T | | | | | |
| 64.   -iShares US Tech ETF (IYW) | A | Dividend | M | T | Sold (part) | 10/02/19 | K | C | |
| 65.   -iShares US Telecomm ETF (IYZ) | B | Dividend | M | T | | | | | |
| 66.   -Clearbridge Aggressive Growth (SAGYX) | A | Dividend | M | T | | | | | |
| 67.   -Ishares US Fin ETF (IYF) | A | Dividend | M | T | Buy (add'l) | 04/24/19 | L | | |
| 68. | | | | | Sold (part) | 10/02/19 | L | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 06/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | -Ishares US Industrial ETF (IYJ) | A | Dividend | M | T | | | | | |
| 70. | -Exxonmobil | A | Dividend | | | Buy | 02/01/19 | J | | |
| 71. | | | | | | Sold | 02/25/19 | J | A | |
| 72. | -Ishares US Energy ETF | A | Dividend | | | Buy | 04/26/19 | L | | |
| 73. | | | | | | Sold | 10/04/19 | L | A | |
| 74. | -Vanguard Real Estate (VNQ) | A | Dividend | L | T | Buy | 02/20/19 | K | | |
| 75. | | | | | | Buy<br>(add'l) | 04/24/19 | K | | |
| 76. | -ME HLTH & High EDL FACS AUTH<br>REV SER-C | A | Dividend | J | T | | | | | |
| 77. | -ME State HSNG Auth MTG Ser. B-1 | B | Dividend | J | T | | | | | |
| 78. | -ME State HSNG Auth MTG SER-C<br>(Matures 11/15/23 | A | Dividend | J | T | | | | | |
| 79. | -ME State HSNG Auth MTG SER-C<br>(Matures 11/15/27 | A | Dividend | K | T | | | | | |
| 80. | -York TownME Gen OBLIG | A | Dividend | J | T | | | | | |
| 81. | -Lewiston ME PUB IMPT-A | A | Dividend | K | T | | | | | |
| 82. | -Ft. NASDAQ Cyber (CIBR) | A | Dividend | L | T | | | | | |
| 83. | -Maine State HSG AUTH MTG PUR REV<br>A | A | Dividend | K | T | | | | | |
| 84. | -Regional Sch. Unit 21` ME | A | Dividend | K | T | Buy | 01/15/19 | K | | |
| 85. | -Maine State HSG AUTH MTG PUR | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 06/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Maine Health Higher EDL FACS AUTH REV | A | Dividend | K | T | | | | | |
| 87. -MSTF Ultra-short Income (MULSX) | B | Dividend | | | Sold (part) | 04/24/19 | L | B | |
| 88. | | | | | Sold | 12/16/19 | N | B | |
| 89. Pierce Atwood Capital Contribution Notes | D | Interest | K | U | Matured (part) | 03/15/19 | L | A | |
| 90. Key Bank IRA (CD) | A | Interest | J | T | | | | | |
| 91. Bank of America Deposit Account | A | Interest | J | T | | | | | |
| 92. Inherited IRA (H) | | | | | | | | | |
| 93. -iShares N AMER. TECH ETF IGM) | A | Dividend | K | T | | | | | |
| 94. iShares US HealthCARE ETF ((IYH) | A | Dividend | K | T | | | | | |
| 95. -iShares US ENERGY ETF (IYE) | A | Dividend | | | Sold | 02/27/19 | J | A | |
| 96. -iShares US FINANCIALS ETF (IYF) | A | Dividend | K | T | | | | | |
| 97. -iShares US INDUS ETF (IYJ) | A | Dividend | K | T | | | | | |
| 98. -iShares US MED DEVICES (IHI) | A | Dividend | K | T | | | | | |
| 99. -iShares US TECH ETF ((IYW) | A | Dividend | K | T | | | | | |
| 100. -POWERSHARES WATER RES PTF (PHO) | A | Dividend | K | T | | | | | |
| 101. -CLEARBRIDGE Agg Gr I (SAGYX) | A | Dividend | L | T | | | | | |
| 102. -US Aerospace & Def ETF (ITA) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 06/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -iShares Russell 2000 ETF (IWM) | A | Dividend | K | T | | | | | |
| 104.  -Ft NASDAQ CYBER (CIBR) | A | Dividend | K | T | | | | | |
| 105.  -S&P Index 5000 (IW) | A | Dividend | K | T | | | | | |
| 106.  -Ishares Real Estate ETF ((VNQ) | A | Dividend | J | T | Buy | 02/25/19 | J | | |
| 107.  -SPDR PORTF Short Term (SPSB) | A | Dividend | M | T | | | | | |
| 108.  -Maine State HSG AUTH MTG PUR REV-A | A | Dividend | | | Redeemed | 11/15/19 | K | A | |
| 109.  -Maine State HSG AUTH MTG PUR REV-D | A | Dividend | J | T | | | | | |
| 110.  -Maine State HSg AUTH MTG PUR REV-C | A | Dividend | K | T | | | | | |
| 111.  -Amgen Inc. Bond (2020-05-11) | A | Dividend | K | T | | | | | |
| 112.  Rollover IRA (H)(X) | | | | | | | | | |
| 113.  -Kraft Heinz (KHC) | A | Dividend | L | T | Buy | 05/27/19 | L | | |
| 114.  -Invesco QQQ (QQQ) | A | Dividend | M | T | | | | | |
| 115.  -SPDR S&P 500 ETF (SPY) | A | Dividend | M | T | Sold<br>(part) | 12/27/19 | L | E | |
| 116.  -Charles Schwab Bank Cash Account | A | Interest | N | T | | | | | |
| 117.  Brokerage Account #3 (H) | | | | | | | | | |
| 118.  -Charles Schwabb Bank Cash Account | A | Interest | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 06/09/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I file this amended return becasue in doing my report for 2020 it became apparent that I had somehow saved and filed a draft of my 2019 annual report last year rather than the final version which I had kept in hard copy.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William J. Kayatta**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544